UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
CHRISTOPHER O'ROURKE,

                Plaintiff,

-against-

FOSSNER TIMEPIECES CLOCK SHOP, INC. ET AL.,

                Defendants.
---------------------------------------------------------------- X

20 Civ. 1301 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the affidavits of service require that Defendants respond to the Complaint by March 20, 2020 (Dkt. Nos. 8, 9). Defendants have not timely appeared or responded to the Complaint. It is hereby

**ORDERED** that, if Plaintiff is in communication with Defendants, Defendants shall respond to the Complaint as soon as possible and no later than **March 31, 2020**. If Plaintiff is *not* in communication with Defendants, Plaintiff shall file a letter by **March 31, 2020**, advising whether it will will move for default judgment -- in accordance with the Individual Rules, Attachment A -- against either or both Defendants.

Dated: March 25, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE