UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
CHRISTOPHER O'ROURKE,
                            Plaintiff,

            -against-

FOSSNER TIMEPIECES CLOCK SHOP, INC. ET AL.,
                            Defendant.
------------------------------------------------------------X

20 Civ. 1301 (LGS)

ORDER

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, per Order dated March 25, 2020 (Dkt. No. 10), Defendants, if in communication with Plaintiff, were required to respond to the Complaint by March 31, 2020, and Plaintiff, if *not* in communication with Defendants, was required to file a letter advising whether he will move for default judgment;

WHEREAS, Defendants have not timely appeared or responded to the Complaint, and Plaintiff has not filed such letter. It is hereby

**ORDERED** that Plaintiff shall file a letter by **April 3, 2020,** advising whether he is in communication with Defendants and whether he intends to move for default judgment.

Plaintiff is advised that compliance with Court Orders is not optional.

Dated: April 1, 2020
        New York, New York

                                                    **LORNA G. SCHOFIELD**
                                       **UNITED STATES DISTRICT JUDGE**